BRETT L. TOLMAN, United States Attorney (#8821)
KARIN M. FOJTIK, Assistant United States Attorney (# 7527)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6926

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:06CR00014 PGC |
| Plaintiff, | | |
| | : | MOTION FOR LEAVE OF COURT TO |
| vs. | | FILE A DISMISSAL OF THE |
| | : | INDICTMENT |
| AARON ANTHONY HEATON, | | |
| | : | JUDGE PAUL G. CASSELL |
| Defendant. | | |

_____

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court, the United States hereby moves to dismiss the Indictment, without prejudice, against defendant Aaron Anthony Heaton in the interests of justice.

Respectfully submitted this 29TH day of September, 2006.

BRETT L. TOLMAN
United States Attorney

/s/ Karin M. Fojtik
KARIN M. FOJTIK
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing MOTION FOR LEAVE OF COURT TO FILE A DISMISSAL OF THE INDICTMENT was e-mailed and/or mailed to the following parties named below this 29th day of September, 2006:

David O. Leavitt
470 E 3900 S STE 200
SALT LAKE CITY, UT 84107
(801)747-3031
Email: david@nebonet.com

/s/ Janet S. Larson
Legal Assistant